UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GHIATH HAMMOUD & WAEL HAMMOUD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXCEN BRANDS, INC., ROBERT W. D'LOREN, and DAVID B. MEISTER<br><br>Defendants. | Civil Action No. 1:08-cv-05063-MGC<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Defendant NexCen Brands, Inc. I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 7, 2008

Respectfully submitted,

WILMER CUTLER PICKERING HALE
 AND DORR LLP

s/ Lori A. Martin
Lori A. Martin (LM 7125)
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (fax)