UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GHIATH HAMMOUD & WAEL HAMMOUD, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>NEXCEN BRANDS, INC., ROBERT W. D'LOREN, and DAVID B. MEISTER<br><br>　　　　　　Defendants. | Civil Action No. 1:08-cv-05063-MGC<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant NexCen Brands, Inc.  I certify that I am admitted to practice in this court.

Dated: New York, New York
　　　　August 7, 2008

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE
　　　　　　　　　　　　　　　　　　　　　　 AND DORR LLP

　　　　　　　　　　　　　　　　　　　　　　s/ Robert B. McCaw
　　　　　　　　　　　　　　　　　　　　　　Rober B. McCaw (RM 7427)
　　　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　(212) 230-8800
　　　　　　　　　　　　　　　　　　　　　　(212) 230-8888 (fax)